In the Matter of the Application of THE CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property Required for the Opening and Extending of West Two Hundred and Twenty-ninth Street in the Borough of The Bronx.

ELIZABETH STEINMETZ, Respondent.

(Argued June 2, 1932; decided June 21, 1932.)

*Arthur J. W. Hilly,* Corporation Counsel (*Edward A. Weingarten, Joel J. Squier, Joseph F. Mulqueen, Jr.,* and *William B. R. Faber* of counsel), for appellant.

*Harry H. Chambers* and *Harry B. Chambers* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.